

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Christopher Maxwell

No. 06-14-00067-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED AUGUST 29, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk